NICHOLE TUCKER and ERICA WRIGHT,
*individually and on behalf of all others
similarly situated*,

        Plaintiffs,

vs.

THE NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2007-2, THE NATIONAL
COLLEGIATE STUDENT LOAN TRUST
2007-4, *Delaware statutory trusts*, WEINSTEIN,
PINSON & RILEY, P.S., *a foreign corporation*,
and ANTHONY D. COLUNGA, *an individual*,

        Defendants.

_____/

**Case No.: 8:14-cv-02756-JSM-AEP**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

___ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: _____

_X_ IS NOT    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this *Notice of Pendency of Other Actions* upon each party not later than fourteen (14) days after appearance of the party.

DATED this 24th day of November 2014.

Respectfully submitted,

**LEAVENLAW**

/s/*J. Andrew Meyer*
**Ian R. Leavengood, Esq., FBN 0010167**
**J. Andrew Meyer, Esq., FBN 0056766**
**Aaron M. Swift, Esq., FBN 93088**

Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone:  (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
ameyer@forthepeople.com
aswift@leavenlaw.com
*Attorneys for Plaintiffs*